# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2007

134205

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE KATELYN NICOLE WALL and
JONATHON DAVID CHAPLIN, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

SARAH RENAE CHAPLIN,
       Respondent-Appellant,

and

DANIEL THOMAS WALL,
       Respondent.

_____/

SC: 134205
COA: 273224
Oakland CC
Family Division: 04-688389-NA

     On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2007

s0703

Clerk